# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>SALVADOR SANDOVAL, JR.,<br>    Defendant. | Criminal Case No. 21-cr-00195<br><br><br><br>**MOTION TO WITHDRAW** |

COME NOW the undersigned and move to withdraw as attorneys of Defendant Salvador Sandoval, Jr. in the above captioned matter for the following reason:

1. Defendant Salvador Sandoval, Jr., has retained Attorney William Shipley for the sentencing scheduled for April 25, 2023.

2. On February 27, 2023, Attorney William Shipley entered his Appearance for Defendant Salvador Sandoval, Jr.

3. The undersigned request they be allowed to withdraw from representation of Defendant Salvador Sandoval, Jr., as he has retained counsel for the sentencing scheduled for April 25, 2023.

WHEREFORE, the undersigned request they be allowed to withdraw from representation of Defendant Salvador Sandoval, Jr.

**RESPECTFULLY SUBMITTED:**          **KUTMUS, PENNINGTON & HOOK, PC**

                                                                 /s/ William Kutmus
                                                          William Kutmus AT0004450
                                                          Bill@KPHlawfirm.com

/s/ Trever Hook
Trever Hook AT0003580
5000 Westown Parkway, Suite 310
West Des Moines, IA 50266
Phone:  (515) 288-3339
Fax:  (515) 288-8629
Trever@KPHlawfirm.com
**ATTORNEYS FOR DEFENDANT**
**SALVADOR SANDOVAL, JR.**

## CERTIFICATE OF SERVICE

I hereby declare that on March 6, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Brian Brady
Ms. Holly Grosshans

/s/ Jodi A. Nissen